UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SANDRA KAY GOMEZ,

          Plaintiff,

     vs.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Civil No. 1:25-cv-01256-EPG

ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); ORDER

(ECF No. 18)

On May 4, 2026, the parties filed a stipulation to voluntary remand this action pursuant to Sentence Four of 43 U.S.C. § 405(g). The stipulation provided the following

> IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

> On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

> The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

(*Id.*)

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 18), IT IS ORDERED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the

1

Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant and to terminate Plaintiff's opening brief (ECF No. 16) as no longer pending.

**IT IS SO ORDERED.**

**DATED:** **May 5, 2026**          /s/ *Erin P. Groi*
                                     **UNITED STATES MAGISTRATE JUDGE**